LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 16-06833-BRO (AJWx) | Date | October 11, 2016 |
|---|---|---|---|
| Title | SCREEN ACTORS GUILD - AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS V. 100 FEET PRODUCTIONS, LLC ET AL. | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL, United States District Judge** | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Petitioners: | | Attorneys Present for Respondents: |
| Not Present | | Not Present |

**Proceedings:**     (IN CHAMBERS)

## ORDER RE: FAILURE TO OPPOSE PETITIONER'S MOTION TO CONFIRM ARBITRATION AWARD [1]

Pending before the Court is Screen Actors Guild-American Federation of Television and Radio Artists's ("Petitioner")[1] Motion to Confirm Arbitration Award against 100 Feet Productions ("Respondent Producer") and Grand Illusions Entertainment ("Respondent Guarantor") (together "Respondents"). (Dkt. No. 1 ("Motion").) Petitioner filed its Motion on September 12, 2016, noticing a hearing date of October 17, 2016. (*Id.*) Under the Central District's Local Rules, a party must oppose a motion at least twenty-one (21) days prior to the scheduled hearing date. *See* C.D. Cal. L.R. 7-9.[2] Accordingly, Respondents' opposition, if any, was due no later than September 26, 2016. *See id.*; Fed. R. Civ. P. 6(a)(1), (a)(5), (a)(6)(A). As of today's date, Respondents have filed no opposition. Pursuant to Local Rule 7-12, the failure to file an opposition "may be deemed consent to the granting . . . of the motion." *See* C.D. Cal. L.R. 7-12.

Accordingly, Respondents are **ORDERED TO SHOW CAUSE** as to why the Court should not grant Petitioner's Motion to Confirm Arbitration Award. **Petitioner is hereby instructed to personally serve Respondents with this Order Re Failure to Oppose no later than Friday, October 14, 2016.** Both (1) Respondents' response to this Order and (2) Respondents' opposition to the Motion to Confirm Arbitration Award,

---

[1] Petitioner is a successor in interest to Screen Actors Guild, Inc. (Motion at 4.)
[2] A copy of the Local Civil Rules is available at the United States District Court, Central District of California's website: https://www.cacd.uscourts.gov/court-procedures/local-rules.

LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 16-06833-BRO (AJWx) | Date | October 11, 2016 |
|---|---|---|---|
| Title | SCREEN ACTORS GUILD - AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS V. 100 FEET PRODUCTIONS, LLC ET AL. | | |

if any, shall be filed by **no later than Monday, October 17, 2016, at 4:00 p.m.** Petitioner shall file its reply, if any, **no later than Wednesday, October 19, 2016, at 4:00 p.m.** An appropriate response will include reasons demonstrating good cause for Respondents' failure to timely oppose Petitioner's Motion. Respondents' failure to file an opposition by this deadline may result in the granting of Petitioner's Motion.

**The hearing on Petitioner's Motion is hereby continued to Monday, October 24, 2016, at 1:30 p.m.**

**IT IS SO ORDERED.** :

Initials of Preparer      rf